# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| YVONNE ROSADO <br><br> *Plaintiff(s)* <br> v. <br> THE CITY OF NEW YORK, A MUNICIPAL ENTITY, ET AL. <br><br> *Defendant(s)* | Civil Action No. 16-cv-09695 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* THE CITY OF NEW YORK

SEE ATTACHED RIDER.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID THOMPSON
STECKLOW & THOMPSON
217 CENTRE STREET
NEW YORK NY 10013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/15/2016

/s/ K.Lopez
*Signature of Clerk or Deputy Clerk*

# RIDER

1. POLICE OFFICER RUBEN CUESTA;
2. "JOHN DOE" PARTNER OF P.O. CUESTA;
3. "JOHN DOE" NYPD OFFICER RESPONSIBLE FOR TRAINING P.O. CUESTA;
4. "JOHN DOE" POLICE OFFICER WHO LAY ON TOP OF THE PLAINTIFF;
5. "JOHN DOE" POLICE OFFICERS 1-4;