UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

YVONNE ROSADO,

                                           Plaintiff,

           -against-

THE CITY OF NEW YORK, *et al.*,

                                          Defendants.

STIPULATION AND
ORDER OF DISMISSAL

16 CV 09695 (VEC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2017

-------------------------------------------------------------------- x

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
       August 14, 2017

STECKLOW & THOMPSON
*Attorneys for Plaintiff*
217 Centre Street, 6th Floor
New York, New York 10013
(212) 566-8000

By: _____
David A. Thompson  Wylie Stecklow
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants* 100 Church Street,
  3rd Floor
New York, New York 10007

By: _____
Zachary Russell Bergman
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. VALERIE E. CARPONI
UNITED STATES DISTRICT JUDGE

Dated: September 11, 2017

2